MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  karen.whelan@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing, LP fka Countrywide*
*Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, <br><br> Plaintiff, <br><br> vs. <br><br> VALLEY VIEW MEADOWS HOMEOWNERS ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; and LIN & YEH, INC., <br><br> Defendants. | Case No.: 2:16-cv-00275-JCM-CWH <br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL 120 DAYS** |
| PREMIER ONE HOLDINGS, INC., <br><br> Counterclaimants, <br><br> vs. <br><br> BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, INCLUSIVE, <br><br> Counter-defendants. | |

Subject to the approval of the Court, Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, Valley View Meadows Homeowners Association, Inc., Nevada Association Services, Inc., Premier One Holdings, Inc. and

1

43332100;1

Lin & Yeh, Inc. stipulate to continue the trial currently set on the three-week stack beginning on November 13, 2017 for 120 days.  Based on this stipulation, the parties request the Court re-set the trial to begin after March 13, 2018.

| | |
|---|---|
| This the 9th day of November, 2017. | This the 9th day of November, 2017. |
| **AKERMAN LLP** | **BOYACK ORME & TAYLOR** |
| /s/ Karen A. Whelan, Esq. | /s/ Michael Van Luven Esq. |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>KAREN A. WHELAN, ESQ.<br>Nevada Bar No. 10466<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>MICHAEL VAN LUVEN, ESQ.<br>Nevada Bar No. 13975<br>401 N. Buffalo Drive #202<br>Las Vegas, Nevada 89145 |
| *Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP* | *Attorneys for Valley View Meadows Homeowners Association* |
| This the 9th day of November, 2017. | This the 9th day of November, 2017. |
| **HONG & HONG** | **NEVADA ASSOCIATION SERVICES, INC.** |
| /s/ Joseph Y. Hong. Esq. | /s/ No signature obtained |
| JOSEPH Y. HONG, ESQ.<br>Nevada Bar No. 5995<br>10781 West Twain Avenue<br>Las Vegas, Nevada 89135 | Nevada Bar No.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146 |
| *Attorneys for Premier One Holdings, Inc. and Lin & Yeh, Inc.* | *Attorney for Nevada Association Services, Inc.* |

Calendar call scheduled at   1:30 p.m. on March 21, 2018.  Trial scheduled at 9:00 a.m. on March 26, 2018, on the two week stacked calendar.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: November 9, 2017

2

43332100;1