1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  JARED M. SECHRIST, ESQ.
   Nevada Bar No. 10439
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: jared.sechrist@akerman.com

7  *Attorneys for plaintiff and counter-defendant*
   *Bank of America, N.A., successor by merger to*
8  *BAC Home Loans Servicing, LP fka Countrywide*
   *Home Loans Servicing LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br>vs.<br><br>VALLEY VIEW MEADOWS HOMEOWNERS ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; PREMIER ONE HOLDINGS, INC.; and LIN & YEH, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00275-JCM-CWH<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT AND QUIET TITLE** |
| PREMIER ONE HOLDINGS, INC.,<br><br>Counterclaimant,<br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, INCLUSIVE,<br><br>Counter-defendants. | |

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), defendant Valley View Meadows Homeowners Association, Inc. (**Valley View**), defendant and counterclaimant Premier One

1

44894595;1

Holdings, Inc. (**Premier One**), defendant Lin & Yeh, Inc. (**Lin**), and defendant Nevada Association Services, Inc. stipulate as follows:

1. This matter relates to real property located at 913 High Mountain Street, Henderson, Nevada 89015, more specifically described as:

> LOT TWENTY-THREE (23) IN BLOCK FOUR (4) OF VALLEY VIEW MEADOWS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 67 OF PLATS, PAGE 75, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA,

A.P.N. No. 179-21-212-053 (the **property**).

2. BANA is the beneficiary of record of a deed of trust encumbering the property dated February 10, 2009 and recorded with the Clark County Recorder on February 25, 2009, as Instrument No. 20090225-0004003 (the **deed of trust**).

3. Valley View recorded a foreclosure deed dated March 8, 2013 with the Clark County Recorder on March 11, 2013, as Instrument No. 201303110003440 (**HOA foreclosure deed**), reflecting Valley View sold the property to Premier One at a foreclosure sale on March 8, 2013 (the **HOA sale**).

4. Lin was the beneficiary of record of two short form deeds of trust recorded against the property: (**1**) a short form deed of trust with assignment of rents dated October 22, 2013 and recorded with the Clark County Recorder on August 12, 2014, as Instrument No. 20140812-0001455, and (**2**) a short form deed of trust with assignment of rents dated October 22, 2013 and recorded with the Clark County Recorder on August 12, 2014, as Instrument No. 20140812-0001457 (collectively, the **short form deeds of trust**).

5. The parties have entered into a confidential settlement agreement in which they have settled all claims between them in this case.

6. Premier One has transferred all interest it acquired as a result of the HOA sale and HOA foreclosure deed to BANA, as the quitclaim deed attached as **Exhibit A** reflects.

7. Lin has reconveyed the short form deeds of trust, as the full reconveyances attached as **Exhibit B** reflect.

///

44894595;1

8. The parties agree title to the property is quieted in BANA's favor. Premier One and Lin disclaim all right, title or interest in the Property as a result of the HOA sale, HOA foreclosure deed and short form deeds of trust.

This the 20th day of November, 2018.

**AKERMAN LLP**

 */s/ Jared M. Sechrist, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP*

This the 20th day of November, 2018.

**BOYACK ORME & ANTHONY**

 */s/ Michael Van Luven, Esq.*
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
MICHAEL VAN LUVEN, ESQ.
Nevada Bar No. 13975
COLLI C. MCKIEVER, ESQ.
Nevada Bar. No. 13724
7432 W. Sahara Avenue
Las Vegas, Nevada 89117

*Attorneys for Valley View Meadows Homeowners Association*

This the 20th day of November, 2018.

**HONG & HONG**

 */s/ Joseph Y. Hong, Esq.*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
10781 West Twain Avenue
Las Vegas, Nevada 89135

*Attorneys for Premier One Holdings, Inc. and Lin & Yeh, Inc.*

This the 20th day of November, 2018.

**NEVADA ASSOCIATION SERVICES, INC.**

 */s/ Brandon E. Wood, Esq.*
BRANDON E. WOOD, ESQ.
6625 S. Valley View Blvd., Suite 300
Las Vegas, NV 89118

*Attorney for Nevada Association Services, Inc.*

3

44894595;1

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

## ORDER

Based on the above stipulation between plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**), defendant Valley View Meadows Homeowners Association, Inc. (**Valley View**), defendant and counterclaimant Premier One Holdings, Inc. (**Premier One**), defendant Lin & Yeh, Inc. (**Lin**), and defendant Nevada Association Services, Inc. (**NAS**), and good cause appearing therefore,

IT IS ORDERED title to the real property located at 913 High Mountain Street, Henderson, Nevada 89015, A.P.N. No. 179-21-212-053 is quieted in BANA's favor.

IT IS FURTHER ORDERED BANA shall be entitled to record this stipulation and order with the Clark County Recorder, in accordance with the recorder's rules.

IT IS FURTHER ORDERED all claims in this case are dismissed with prejudice, each party to bear its own attorneys' fees and costs. This is the final judgment of the court.

Trial scheduled for December 3, 2018, is hereby VACATED.

_____
UNITED STATES DISTRICT COURT JUDGE
November 27, 29018
DATED: _____

SUBMITTED BY:

**AKERMAN LLP**

*/s/ Jared M. Sechrist, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A., successor
by merger to BAC Home Loans Servicing, LP f/k/a
Countrywide Home Loans Servicing LP*

4

44894595;1